IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, | ) | Case No. 04-10324 (KJC) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 1514 |

**ORDER APPROVING STIPULATION RESOLVING THE MOTION OF THE INFORMAL LANDLORD COMMITTEE FOR ALLOWANCE OF REASONABLE FEES AND ADMINISTRATIVE EXPENSES INCURRED FOR PROFESSIONAL SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b) WITH RESPECT TO THE SERVICES PROVIDED AND COSTS INCURRED BY THOMPSON & KNIGHT LLP [DOCKET NO. 1514]**

Upon the *Stipulation Resolving the Motion of the Informal Landlord Committee for Allowance of Reasonable Fees and Administrative Expenses Incurred for Professional Services Rendered Pursuant to 11 U.S.C. § 503(b) With Respect to the Services Provided and Costs Incurred by Thompson & Knight LLP.* (the "Stipulation"), a copy of which is annexed hereto as Exhibit A, as agreed by and among the Reorganized Debtors,[1] T&K and the ILC, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order or the Stipulation.

Dated: Wilmington, Delaware
June 22, 2006

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

DB01:2121383.3

062883.1001